

# COURT OF APPEALS
### SECOND DISTRICT OF TEXAS
### FORT WORTH

## NO. 02-15-00037-CV

IN THE INTEREST OF L.A., A
CHILD

------------

FROM THE 360TH DISTRICT COURT OF TARRANT COUNTY
TRIAL COURT NO. 360-566714-14

AND

## NO. 02-15-00038-CV

IN THE INTEREST OF D.M., A
CHILD

------------

FROM THE 360TH DISTRICT COURT OF TARRANT COUNTY
TRIAL COURT NO. 360-558104-14

------------

## MEMORANDUM OPINION[1] AND JUDGMENT

------------

---

[1]*See* Tex. R. App. P. 47.4.

We have considered appellant's "Agreed Voluntary Dismissal and Settlement" filed in each of the above-referenced cases. It is the court's opinion that the motions should be granted; therefore, we dismiss the above-referenced appeals. *See* Tex. R. App. P. 42.1(a)(1), 43.2(f).

Costs of the appeals shall be paid by appellant, for which let execution issue. *See* Tex. R. App. P. 42.1(d).

PER CURIAM

PANEL: MEIER, GABRIEL, and SUDDERTH, JJ.

DELIVERED: May 14, 2015